

Larry P. James, LL.  (SBN 183769)
Attorney at Law    916-444-7334
1207 Front Street, Suite 22
Sacramento, CA 95814

FILED
07 AUG -9 PM 2: 56

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Muhammad Younas Malik

CASE NO. 4113 MMC

Plaintiff(s),

v.

Michael Chertoff, Secretary of Homeland Security, Emilio Gonzalez, Director of US Citizenship & Immigration Service, et. al.

Defendant(s).

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Larry P. James , an active member in good standing of the bar of State of California & Federal Court for E. Dist. , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Muhammad Younas malik in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 10, 2007