IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD YOUNAS MALIK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　Defendants. | No. C-07-4113 MMC<br><br>**ORDER AFFORDING APPLICANT LEAVE TO SUPPLEMENT APPLICATION FOR ADMISSION PRO HAC VICE** |

　　　Before the Court is applicant Larry P. James' ("James") application to appear pro hac vice on behalf of the above-named plaintiff, filed August 9, 2007.

　　　In his application, James lists his business address as 1207 Front Street, Suite 22, Sacramento, California. The Civil Local Rules of this district provide that an applicant who resides in California is ineligible to practice pro hac vice, unless he has resided in California for less than one year, has completed all required applications for admission to the State Bar of California, and has officially registered to take or is awaiting the results of the California State Bar examination. See Civil L.R. 11-3 (b). In his application, James does not indicate whether he falls within said exception.

//

//

//

1  Accordingly, James will be afforded leave to file, no later than September 28, 2007,
2  a supplement to his application, to indicate whether he qualifies for the exception set forth
3  above. If James fails to demonstrate he so qualifies, the application will be denied.
4  **IT IS SO ORDERED.**
5
6  Dated: September 18, 2007                              _____
7                                                          MAXINE M. CHESNEY
                                                            United States District Judge

2