IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD YOUNAS MALIK, | No. C-07-4113 MMC |
| Plaintiff, | **ORDER DENYING APPLICATION FOR ADMISSION PRO HAC VICE; REMOVING ACTION FROM ECF PROGRAM** |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

    Before the Court is applicant Larry P. James' ("James") application, filed August 9, 2007, to appear pro hac vice on behalf of the above-named plaintiff. In his application, James lists his business address as 1207 Front Street, Suite 22, Sacramento, California. The Civil Local Rules of this district provide that an applicant who resides in California is ineligible to practice pro hac vice, unless he has resided in California for less than one year, has completed all required applications for admission to the State Bar of California, and has officially registered to take or is awaiting the results of the California State Bar examination. See Civil L.R. 11-3 (b).

    As James did not indicate in his application whether he falls within said exception, the Court afforded James the opportunity to file a supplement to his application, no later than September 28, 2007, to indicate whether he qualifies for the exception. As James has failed to file a supplement to his application, or otherwise demonstrate he so qualifies, the

1 application is hereby DENIED.

2     As plaintiff has no counsel of record, the action is hereby REMOVED from the
3 electronic case filing program.

4     **IT IS SO ORDERED.**

5 Dated: October 10, 2007

6                                      MAXINE M. CHESNEY
United States District Judge

2