**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

Date: NOV 1 6 2007

C-07-4113-MMC

Muhammad Malik   v   Michael Chertoff et al

Attorneys: NO APPEARANCE       NO APPEARANCE

FILED

NOV 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Deputy Clerk: **TRACY LUCERO**      Reporter: NOT REPORTED

**PROCEEDINGS:**                                   **RULING:**

1. _____      _____

2. _____      _____

3. _____      _____

4. _____      _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — INITIAL

**ORDERED AFTER HEARING:**

Court to issue an order to show cause.

(✓) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court ✓

( ) Referred to Magistrate For:_____
      ( ) By Court
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ___ days
                    Type of Trial: ( ) Jury   ( ) Court
Notes: _____