IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD YOUNAS MALIK, | No. C-07-4113 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

Before the Court is plaintiff's request, filed December 5, 2007, "to withdraw from the case." The Court construes plaintiff's request as a notice of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The notice complies with Rule 41(a), as it was filed "before service by the adverse party of an answer or of a motion for summary judgment," see Fed.R.Civ.P. 41(a)(i).

Accordingly, plaintiff's request is hereby GRANTED and the above-titled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: December 11, 2007

MAXINE M. CHESNEY
United States District Judge